PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Luis Tomas Alba Urena     Cr.: 17-00043-004
    PACTS #: 3348603

Name of Sentencing Judicial Officer:     THE HONORABLE MADELINE COX ARLEO
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/10/2019

Original Offense:     Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846

Original Sentence: 70 months imprisonment, 5 years supervised release

Special Conditions: $100 Special Assessment, Financial Disclosure, Life Skills/Education, Motor Vehicle Compliance, and Supporting Dependents

Type of Supervision: Supervised Release     Date Supervision Commenced: 01/13/2022

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Medellin, Colombia from April 22, 2023, to April 26, 2023, to visit his girlfriend. He will be traveling by himself and plans to reside at his girlfriend's residence in Colombia.

**U.S. Probation Officer Action:**

Our office recommends the travel request be approved. Luis Tomas Alba Urena reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Alba Urena has maintained stable residence and is employed with Express in Secaucus, New Jersey as a forklift operator. Alba Urena has satisfied his special assessment and is in full compliance with the conditions of supervised release.

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

By:     PATRICK HATTERSLEY
    Supervising U.S. Probation Officer

Prob 12A – page 2
Luis Tomas Alba Urena

/bgm

PREPARED BY:

*Brendan G. Murillo*          03/23/2023
BRENDAN G. MURILLO           Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Travel Approved

☐ Travel Denied

☐ Other

_____
Signature of Judicial Officer

4/3/23
Date